## Gariti, Appellant, v. Jones.

Argued October 7, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ralph D. Tive,* for appellant.

*Edgar R. Casper,* Deputy Attorney General, with him *Walter E. Alessandroni,* Attorney General, for appellees.

OPINION PER CURIAM, November 9, 1965:

This is a companion case to that of *Kelly v. Jones,* 419 Pa. 305, 214 A. 2d 345, the only factual difference being that Anthony L. Gariti began his employment with the Commonwealth as a Milk Marketing Examiner in 1958 with the Milk Control Commission, after taking and passing a competitive examination for such position, whereas, Mr. Kelly was first an employee of the Commonwealth and then later acquired Executive Civil Service status. The legal questions involved are the same in both cases.

For the reasons already stated in the *Kelly* case, we find no violation of Gariti's constitutional rights and therefore affirm the action of the court below.